UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

MICHAEL DESHUN CARRUTHERS, )
 )
 Plaintiff, )
 )
 v. ) No. 1:06-CV-103(LMB)
 )
FRED W. COPELAND, MICHAEL )
HAZEL, TOMMY GREENWELL, and )
MATT BLUNT, )
 )
 Defendants. )

### ORDER OF DISMISSAL PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Dated this __16th__ day of November, 2006.

_____
**UNITED STATES DISTRICT JUDGE**